IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| REGINALD TYRONE MADDOX, : <br> : <br> Petitioner, : <br> : NO. 5:09-CR-26 (CAR) <br> VS. : <br> : <br> UNITED STATES OF AMERICA, : Proceedings Under 28 U.S.C. §2255 <br> : Before the U.S. Magistrate Judge <br> Respondent. : <br> _____ : | |

## ORDER TO RESPOND

Before the Court is a Motion to Proceed In Forma Pauperis filed by Petitioner Reginald Tyrone Maddox. Doc. 283. Petitioner's motion seeks leave to proceed in this action without the payment of filing fees. Because no filing fee is required for motions filed pursuant to 28 U.S.C. § 2255, Petitioner's motion is **DENIED** as moot. See Anderson v. Singletary, 111 F.3d 801, 806 (11th Cir. 1997).

**SO ORDERED**, this 15th day of March, 2012.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge